In the Matter of the Estate of BENJAMIN STOLLERMAN, Deceased. IDA STOLLERMAN, Respondent; SARAH STOLLERMAN, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GABRIEL. Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDITH C. MACCRACKEN, Appellant and Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents and Appellants. (Taxes for Years 1939-1940 and 1940-1941.) No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon Untermyer and Dore, JJ.

EUTILIA ALBERTI, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [179 Misc. 1021.]

BONWIT TELLER, INC., Respondent, v. UNITED PARCEL SERVICE OF NEW YORK, INC., Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HAWLEY TURNER, Appellant, v. AMERICAN WEEKLY, INC., Respondent.— No opinion. Present — Martin P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM A. GEIGER, as Trustee of MINNIE ROSENFELD, Bankrupt, Respondent, v. LOUIS YASSER, INC., Defendant, and MAX GROSS et al., Defendants-Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GERTRUDE H. MYERS, Respondent, v. 139 EAST 79TH STREET, INC., et al., Appellants, et al., Defendants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BENJAMIN H. ROTH et al., Copartners under the Name of B. H. ROTH & COMPANY, Appellants, v. MILTON ZAIDENBERG, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOUSTON WHITE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

D. A. SCHULTE, INC., Appellant, v. CHARLES G. EWALD et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.